```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 20698
   KMETRIS D SKEEN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5806


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was confirmed 01/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/05/2009.
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
GMAC MORTGAGE                  CURRENT MORTG        .00            .00            .00
GMAC MORTGAGE                  MORTGAGE ARRE        .00            .00            .00
CIT FIN SERV                   CURRENT MORTG        .00            .00            .00
CIT FIN SERV                   MORTGAGE ARRE    2564.00            .00            .00
AMERICAN GENERAL FINANCE       SECURED          1000.00          35.57         224.14
AMERICAN GENERAL FINANCE       UNSECURED        1781.62            .00            .00
AMERICREDIT FINANCIAL SV       SECURED VEHIC    9543.00         624.21        1388.36
AMERICREDIT FINANCIAL SV       UNSECURED         119.38            .00            .00
AMERICASH LOANS                UNSECURED        1047.87            .00            .00
CAPITAL ONE                    UNSECURED         787.08            .00            .00
ECAST SETTLEMENT CORP          UNSECURED        1847.89            .00            .00
EDFIN SERV                     UNSECURED      NOT FILED            .00            .00
EDFIN SERV                     UNSECURED      NOT FILED            .00            .00
EDFIN SERV                     UNSECURED      NOT FILED            .00            .00
AT&T                           UNSECURED      NOT FILED            .00            .00
CAPITAL RECOVERY ONE           UNSECURED         167.51            .00            .00
NICOR GAS                      UNSECURED         340.28            .00            .00
GMAC MORTGAGE CORP             NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC        REIMBURSEMENT       9.00            .00           9.00
GMAC MORTGAGE CORP             NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC        DEBTOR ATTY     3,500.00                       2,431.89
TOM VAUGHN                     TRUSTEE                                          402.83
DEBTOR REFUND                  REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   5,116.00

PRIORITY                                          9.00
SECURED                                       1,612.50

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20698 KMETRIS D SKEEN
```

```
    INTEREST                                                   659.78
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,431.89
TRUSTEE COMPENSATION                                           402.83
DEBTOR REFUND                                                     .00
                                 ----------------    ----------------
TOTALS                                   5,116.00            5,116.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```